IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES M. BROADHEAD, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:16cv592-MHT |
| ) | (WO) |
| OFFICER, SERGEANT, SABRINA ) | |
| LYNN, et al., ) | |
| ) | |
|     Defendants. ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of excessive use of force. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed and that plaintiff's motion for appointment of counsel be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 19th day of August, 2016.**

                                          <u>　/s/ Myron H. Thompson　</u>
                                          **UNITED STATES DISTRICT JUDGE**